2025R00329/DVC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
APR 16 2025
AT 8:30  1:03 P M
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 25-244 (RMB) |
| HUGO COCHA-ACHUP, a/k/a "Hugo Cotaj," a/k/a "Hugo Coxaj" | : | 8 U.S.C. § 1326(a) |

INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges as follows:

On or about April 6, 2025, in Gloucester County, in the District of New Jersey, and elsewhere, the defendant,

HUGO COCHA-ACHUP,
a/k/a "Hugo Cotaj," a/k/a "Hugo Coxaj,"

an alien, who had been previously excluded, deported, and removed and had departed the United States while an order of deportation or removal was outstanding, did knowingly and unlawfully enter and was found in the United States without the express consent of the Secretary of the Department of Homeland Security or Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

*Alina Habba*
ALINA HABBA
United States Attorney

CASE NUMBER: 25-_____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

HUGO COCHA-ACHUP,
a/k/a "Hugo Cotaj," a/k/a "Hugo Coxaj"

## INDICTMENT FOR
8 U.S.C. § 1326(a)

A True Bill,

███████████████████████

Foreperson

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

DIANA VONDRA CARRIG
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
856-757-5026